# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

**UNITED STATES OF AMERICA,**

        **Plaintiff,**

                              **CRIMINAL NO. 16-CR-30065-DRH**

vs.

**D'SHAWN TURNER,**

        **Defendant.**

## ORDER OF FINDING OF NO THIRD-PARTY INTERESTS
## (FINAL ORDER OF FORFEITURE)

On April 7, 2017, this court entered an order for forfeiture against defendant D'Shawn Turner for the following property which had been seized from the defendant:

> **One 357 magnum Ruger SP 101 revolver, bearing serial number 574-41766, and any and all ammunition contained therein or seized therewith; and**
>
> **One Ruger Ruger model LCP 380 caliber pistol with an obliterated serial number, and any ammunition contained therein or seized therewith.**

The order further provided that the government would provide an opportunity for persons to claim a legal interest in the property pursuant to 21 U.S.C. § 853(n)(7).

The court notes that notice was published by the government on an official government website, www.forfeiture.gov, for 30 consecutive days beginning April 13, 2017, and ending May 12, 2017, and that no third party filed a petition within 30 days after the last date of the publication to allege an interest in the property.

Consequently, the court hereby finds, pursuant to 21 U.S.C. § 853(n)(7), that

no third-party petitions were filed and that the United States of America has clear title to the above-described property that is the subject of the Order of Forfeiture filed on April 7, 2017, namely:

**One 357 magnum Ruger SP 101 revolver, bearing serial number 574-41766, and any and all ammunition contained therein or seized therewith; and**

**One Ruger Ruger model LCP 380 caliber pistol with an obliterated serial number, and any ammunition contained therein or seized therewith.**

The Bureau of Alcohol, Tobacco, Firearms and Explosives or the United States Marshal shall dispose of the property according to law. The disposal may, at the discretion of the United States, include the destruction of the property. The destruction may be done at such time and location and by such persons as designated by the Bureau of Alcohol, Tobacco, Firearms and Explosives or the United States Marshal.

**IT IS SO ORDERED.**

Signed this 27th day of June, 2017.

Judge Herndon
2017.06.27
14:04:33 -05'00'
_____
**DAVID R. HERNDON**
**United States District Court Judge**